SEND

FILED
CLERK, U.S DISTRICT COURT

MAY 19 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Perfect 10, Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 04-2581 AHM (JTLx) |
| v. | |
| George Dranichak | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_____     Lourdes B. Baird
Date                United States District Judge

**TRANSFER ORDER DECLINED**

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Baird___ for all further proceedings.

_____     A. Howard Matz
Date                United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: *low #s allege different claims, rights & Ds = No substantial overlap.*

May 17, 2004          [signature]
Date                  United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case CV 97-6967 LGB (SHx) and the present case:
- X A. appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B. involve the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- X D. call for determination of the same or substantially identical questions of law and fact.
- X E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**TRANSFER ORDER DECLINED**

**NOTICE TO COUNSEL FROM CLERK:**
Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge_____ to Magistrate Judge_____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials.

**Subsequent documents must be filed at the  X Western  ☐ Southern  ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**