Perfect 10 Inc v. George Dranichak et al

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. <u>CV04-2581-AHM (JTLx)</u>                                    Date: <u>July 15, 2004</u>

Title: <u>PERFECT 10, INC. v. GEORGE DRANICHAK, et al.</u>

Priority ___
Send ___
Enter ___ Doc.
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

PRESENT: <u>THE HONORABLE A. HOWARD MATZ, U. S. DISTRICT JUDGE</u>

| Stephen Montes | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearance                                          No Appearance

PROCEEDING:    Order Discharging Order to Show Cause re Dismissal for Lack of Prosecution

On July 9, 2004, this Court ordered plaintiff to file a brief showing cause why this Court should not dismiss all remaining defendants for lack of prosecution. On July 15, 2004, plaintiff timely filed its responsive brief.

Having reviewed that response and the file in this case, the Court concludes that plaintiff has shown good cause why the Court should retain this action. Accordingly, the Court DISCHARGES the order to show cause.

Plaintiff is again advised that, if necessary, it must pursue Rule 55 remedies promptly upon default of any defendant.

DOCKETED ON CM

JUL 1 5 2004

BY _____ 007

Initials of Deputy Clerk _____ SMW

MINUTES FORM 11
CIVIL - GEN

Dockets.Justia.com