UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority   
Send       ✓
Enter      
Closed     
JS-5/JS-6  
JS-2/JS-3  
Scan Only  

Case No. CV04-2581-AHM (JTLx)                              Date: September 28, 2004

Title: PERFECT 10, INC. v. GEORGE DRANICHAK, et al.

PRESENT: THE HONORABLE A. HOWARD MATZ, U. S. DISTRICT JUDGE

Stephen Montes                          Not Reported
Courtroom Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearance                           No Appearance

PROCEEDING:   Order Discharging Further Order to Show Cause re Dismissal for Lack of
              Prosecution

On September 17, 2004, this Court ordered plaintiff to file a brief showing cause why this Court should not dismiss this action for lack of prosecution. On September 28, 2004, the Court signed the parties' stipulation and order extending the time to answer the complaint to October 19, 2004. Accordingly, the Court DISCHARGES the order to show cause.

MINUTES FORM 11                    DOCKETED ON CM              Initials of Deputy Clerk
CIVIL - GEN
                                     SEP 29 2004

                                   BY          007