1   JOHN A. CASE, JR. (126671)
    LAW OFFICES OF JOHN A. CASE, JR.
2   1880 Century Park East, Suite 516
    Los Angeles, California 90067
3   (310) 203-3911, fax (310) 203-3915

4   Attorneys for Defendant
    GEORGE DRANICHAK
5

6
                                              **FILED**
7                                             CLERK, U.S. DISTRICT COURT
8                                             SEP 2 8 2004
9                                             CENTRAL DISTRICT OF CALIFORNIA
                                              BY _____ DEPUTY
10

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

11  PERFECT 10, INC., a California    )   Case No. CV04-2581-AHM (JTLx)
    corporation,                      )
12                                    )   STIPULATION AND ORDER EXTENDING
                         Plaintiff,   )   TIME TO ANSWER COMPLAINT
13                                    )
              vs.                     )
14                                    )
    GEORGE DRANICHAK, an individual;  )
15  and DOES 1 through 10,            )
    inclusive,                        )
16                                    )
                         Defendants.  )
17  _____  )

18

19

20

21

22

23

24

25

26

27

28

                                   1

DOCKETED ON CM
SEP 2 9 2004
BY _____ 007

_____
            STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT

Dockets.Justia.com

1    WHEREAS, plaintiff Perfect 10, Inc. and defendant George

2 Dranichak have conducted settlement negotiations in good faith for

3 a period of several weeks;

4    WHEREAS, the parties are near completion of settlement

5 discussions to resolve this action;

6    WHEREAS, the parties believe they can finalize written

7 settlement documents and file a dismissal within the next month;

8    WHEREAS, to permit the parties to engage in settlement

9 discussions without incurring additional necessary costs of

10 litigation, plaintiff informally extended the time of defendant to

11 respond to the Complaint and agreed not to take default against

12 defendant;

13    WHEREAS, the parties now seek court approval of one

14 further additional extension of time to permit the parties to

15 finalize the settlement without incurring additional necessary

16 costs of litigation; and

17    WHEREAS, defendant stipulates that if the settlement is

18 not finalized by the last date to respond to the Complaint set

19 forth herein, he will file an answer and not a motion to dismiss.

20    NOW, THEREFORE, the parties hereto, through their

21 respective attorneys of record, hereby stipulate and agree as

22 follows:

23    1.   Defendant shall file and serve his answer to the

24 Complaint in this action on or before Tuesday, October 19, 2004.

25 Defendant stipulates that he will file an answer and not a motion

26 to dismiss.

27    2.   This stipulation is entered into not for purposes of

28 delay, but to permit sufficient time for the parties to complete

SCANNED

1 | settlement negotiations, finalize written settlement documents, and
2 | file dismissal of the action in connection therewith, without
3 | incurring additional necessary costs of litigation.
4 |
5 | DATED: September ___, 2004    LAW OFFICES OF JOHN A. CASE, JR.
6 |
7 |                              By: _____
8 |                                  John A. Case, Jr.
                                     Attorneys for Defendant
                                     GEORGE DRANICHAK
9 |
10 | DATED: September *17*, 2004    DANIEL J. COOPER, ESQ.
11 |
12 |                              By _____
13 |                                 Daniel J. Cooper
                                     Attorneys for Plaintiff
                                     PERFECT 10, INC.
14 |
15 |                              O R D E R
16 |        IT IS HEREBY ORDERED that defendant George Dranichak
17 | shall file and serve his answer to the Complaint in this action on
18 | or before Tuesday, October 19, 2004.
19 | DATED: 9/28/04
20 |
21 |
22 |                              The Honorable A. Howard Matz
                                 United States District Judge
23 |
24 |
25 |
26 |
27 |
28 |

                                3

STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT

1 | settlement negotiations, finalize written settlement documents, and
2 | file dismissal of the action in connection therewith, without
3 | incurring additional necessary costs of litigation.

4 |

5 | DATED:  September **20**, 2004    LAW OFFICES OF JOHN A. CASE, JR.

6 |

7 |                                  By: _____
8 |                                       John A. Case, Jr.
                                         Attorneys for Defendant
9 |                                       GEORGE DRANICHAK

10 | DATED:  September ___, 2004    DANIEL J. COOPER, ESQ.

11 |

12 |                                  By: _____
                                         Daniel J. Cooper
13 |                                      Attorneys for Plaintiff
                                         PERFECT 10, INC.
14 |

15 |                          **O R D E R**

16 |          IT IS HEREBY ORDERED that defendant George Dranichak

17 | shall file and serve his answer to the Complaint in this action on

18 | or before Tuesday, October 19, 2004.

19 | DATED:

20 |

21 |                                  _____
                                     The Honorable A. Howard Matz
22 |                                  United States District Judge

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss.
COUNTY OF LOS ANGELES         )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  1880 Century Park East, Suite 516, Los Angeles, California 90067.

    · On September 27, 2004, I served the foregoing document, described as

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Jeffrey N. Mausner, Esq.
Berman, Mausner & Resser
11601 Wilshire Blvd., Suite 600
Los Angeles, California 90025-1742

Daniel J. Cooper, Esq.
72 Beverly Park Drive
Beverly Hills, California 90210

 x    **BY MAIL**  Such envelope was placed in the United States mail, postage prepaid, at a facility regularly maintained by the · United States Postal Service at Los Angeles, California.

    I hereby certify that the foregoing is true and correct.

    EXECUTED on September 27, 2004, at Los Angeles, California.

_____
MYRNA YZAGUIRRE