Perfect 10 Inc v. George Dranichak et al
Doc. 1

1  JEFFREY N. MAUSNER (State Bar No. 122385)
   BERMAN, MAUSNER & RESSER
2  A LAW CORPORATION
   11601 Wilshire Boulevard, Suite 600
3  Los Angeles, California 90025
   Telephone: (310) 473-3333; Fax (310) 473-8303
4  E-mail: jeffmausner@bmrlaw.com

5

6  DANIEL J. COOPER (State Bar No. 198460)
   72 Beverly Park Dr.
7  Beverly Hills, California 90210
   Telephone: (310) 205-9817; Fax (310) 205-9638

8  Attorneys for Plaintiff
   PERFECT 10, INC.

9

10

11            UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13

14  PERFECT 10, INC., a California        )   Case No. CV 04-2581 AHM (JTLx)
    corporation                           )
15                                        )   STIPULATION AND [PROPOSED]
                 Plaintiff,               )   ORDER FOR DISMISSAL OF ALL
16                                        )   CLAIMS WITH PREJUDICE
          v.                              )   AGAINST DEFENDANT GEORGE
17                                        )   DRANICHAK
    GEORGE DRANICHAK, an                  )
18  individual; and DOES 1 through 10,    )   [Fed. R. Civ. P. 41(a)]
    inclusive,                            )
19                                        )   [No Hearing Date Required]
                 Defendants.              )
20                                        )
                                          )
21                                        )

22

23       Plaintiff Perfect 10, Inc. ("Perfect 10") and Defendant George Dranichak, by

24  and through their respective attorneys of record, hereby agree and stipulate as

25  follows:

26       1.    Perfect 10 and George Dranichak have entered into an agreement to

27  settle this action ("Settlement Agreement").  Under the terms of the Settlement

28  Agreement, the parties have agreed, among other things, that plaintiff Perfect 10 will

                                        1

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 3 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

____ Priority
____ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

DOCKETED ON CM
DEC 1 4 2004
BY                072

LODGED

15

dismiss, with prejudice, all claims against defendant George Dranichak.  These parties have also agreed that each shall bear their own costs and attorneys' fees.

2.  Accordingly, the Complaint and all claims in this action between Perfect 10 and George Dranichak shall be dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees.

3.  George Dranichak submits to the jurisdiction of this Court only for the purpose of enforcing the terms of the Settlement Agreement. This Court shall have and retain continuing jurisdiction over this action and over Perfect 10 and George Dranichak, to enforce the terms of the Settlement Agreement between the parties, including by motion or by *ex parte* application, as appropriate.

DATED:  December 10, 2004

BERMAN, MAUSNER & RESSER,
A Law Corporation

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

LAW OFFICES OF JOHN A. CASE, JR.

DATED:  November __, 2004

By:_____
John A. Case, Jr.
Attorneys for Defendant George Dranichak

2

1  dismiss, with prejudice, all claims against defendant George Dranichak. These

2  parties have also agreed that each shall bear their own costs and attorneys' fees.

3          2.       Accordingly, the Complaint and all claims in this action between Perfect

4  10 and George Dranichak shall be dismissed, with prejudice, with all parties to bear

5  their own costs and attorneys' fees.

6          3.       George Dranichak submits to the jurisdiction of this Court only for the

7  purpose of enforcing the terms of the Settlement Agreement. This Court shall have

8  and retain continuing jurisdiction over this action and over Perfect 10 and George

9  Dranichak, to enforce the terms of the Settlement Agreement between the parties,

10 including by motion or by *ex parte* application, as appropriate.

11 DATED:  December __, 2004             BERMAN, MAUSNER & RESSER,
12                                       A Law Corporation

13

14                                       By:_____
15                                          Jeffrey N. Mausner
16                                          Attorneys for Plaintiff Perfect 10, Inc.

17                                       LAW OFFICES OF JOHN A. CASE, JR.

18 DATED: ~~November~~ *December 8,* , 2004

19                                       By:_____
20                                          John A. Case, Jr.
                                           Attorneys for Defendant George Dranichak

21

22

23

24

25

26

27

28

                                        2

## ORDER

Based on the foregoing stipulation, and good cause appearing therefore, IT IS ORDERED that:

1.    All claims in this action between plaintiff and defendant George Dranichak  shall be dismissed, with prejudice, with each of the settling parties to bear its or his own costs and attorneys' fees.

2.    George Dranichak being the only named defendant in this action, the entire action is hereby dismissed.

3.    This Court shall have and retain continuing jurisdiction over this action and the parties to enforce the terms of the Settlement Agreement, including by motion or by *ex parte* application, as appropriate.

Dated:    12/13/04


_____
Hon. A. Howard Matz
United States District Judge

3